| | | | |
|---|---|---|---|
| Adams v. State | 110,850 | Denied ............ 07/24/2015 | Unpublished |
| Allen v. State | 110,370 | Denied ............ 07/24/2015 | Unpublished |
| American Agcredit v. Estate of Blazek | 110,956 | Denied ............ 08/20/2015 | Unpublished |
| Baker v. State | 110,874 | Denied ............ 08/04/2015 | Unpublished |
| Ballai v. Kiewitt Power Constructors, Co. | 110,166 | Denied ............ 09/14/2015 | Unpublished |
| Barnes v. State | 110,305 | Denied ............ 06/29/2015 | Unpublished |
| Bartling v. State | 109,659 | Denied ............ 09/14/2015 | Unpublished |
| Base v. Raytheon Aircraft Company | 110,535 | Denied ............ 06/29/2015 | 50 Kan. App. 2d 508 |
| Bautista v. State | 110,401 | Denied ............ 07/21/2015 | Unpublished |
| Beauclair v. Heimgartner | 112,252 | Denied ............ 07/27/2015 | Unpublished |
| Bedford v. State | 110,023 | Denied ............ 07/21/2015 | Unpublished |
| Berry v. State | 111,496 | Denied ............ 09/14/2015 | Unpublished |
| Bieker v. Kansas Dept. of Wildlife, Parks, & Tourism | 110,984 | Denied ............ 08/20/2015 | Unpublished |
| Bixler v. Kansas Public Employees Retirement System | 110,499 | Denied ............ 06/29/2015 | Unpublished |
| Blaurock v. State | 108,591 | Denied ............ 09/14/2015 | Unpublished |
| Brazell v. Furmanite America, Inc. | 110,477 | Denied ............ 08/20/2015 | Unpublished |
| Brown v. State | 110,887 | Denied ............ 07/27/2015 | Unpublished |
| Brown v. State | 110,372 | Denied ............ 08/20/2015 | Unpublished |
| Buddenhagen v. State | 110,667 | Denied ............ 08/20/2015 | Unpublished |
| Calvin v. State | 109,947 | Denied ............ 07/21/2015 | Unpublished |
| Caporale v. Kansas Behavioral Sciences Regulatory Bd. | 110,384 | Denied ............ 07/22/2015 | 50 Kan. App. 2d 1155 |
| Carter v. State | 109,823 | Denied ............ 07/21/2015 | Unpublished |
| City of Concordia v. Lowell | 110,654 | Denied ............ 09/14/2015 | Unpublished |
| City of Dodge City v. Webb | 109,634 | Granted ............ 06/29/2015 | 50 Kan. App. 2d 393 |
| City of Neodesha v. BP Corporation | 109,111 | Denied ............ 10/07/2015 | 50 Kan. App. 2d 731 |
| City of Overland Park v. Brooks | 112,114 | Denied ............ 09/14/2015 | Unpublished |
| City of Topeka v. Imming | 112,869 | Denied ............ 10/07/2015 | 51 Kan. App. 2d 247 |
| Clark v. Eaton Corporation | 110,587 | Denied ............ 08/04/2015 | Unpublished |
| Clark v. State | 109,982 | Denied ............ 07/24/2015 | Unpublished |
| Clemmons v. State | 110,135 | Denied ............ 07/27/2015 | Unpublished |
| Collier v. State | 111,450 | Denied ............ 07/22/2015 | Unpublished |
| Columbian Bank & Trust Co. v. Splichal | 110,256 110,257 | Denied ............ 06/29/2015 | Unpublished |